

ORIGINAL

JOHN HARRIS PAER     #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 25 2008

at 10 o'clock and 35 min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

EUGENE KOANUI,                )  CIVIL NO. CV 0 8 - 0 0 1 3 9 JMS KSC
                              )
          Plaintiff,          )  COMPLAINT; EXHIBIT "A";
                              )  SUMMONS
     vs.                      )
                              )
LEADING EDGE RECOVERY         )
SOLUTIONS, LLC.,              )
                              )
          Defendant.          )
_____)

COMPLAINT

COMES NOW Plaintiff, by and through his undersigned
attorney and alleges as follows:

INTRODUCTION

1.   This Complaint is filed and these proceedings are
instituted under the "Fair Debt Collection Practices Act" 15 U.S.C.
Section 1692, <u>et seq.</u>, to recover actual and statutory damages,
reasonable attorney's fees and costs of suit by reason of the
Defendant's violations of that Act.  Plaintiff seeks actual and
statutory damages arising out of Defendant's misrepresentations and
failure to make required disclosures in the collection of an
alleged debt.

JURISDICTION

2.   The jurisdiction of this Court is invoked pursuant to 15 U.S.C.A. Section 1692k(d) and 28 U.S.C.A. Section 1337.   The supplemental jurisdiction of this Court is invoked over Count II of the Complaint, which arises under Chapters 443B and 480 of the Hawaii Revised Statutes.

PARTIES

3.   Plaintiff is a natural person and is a resident of the State of Hawaii, and is a United States Marine.

4.   Defendant is a corporation doing business in the State of Hawaii as a collection agency and debt collector, and is subject to the jurisdiction of this Court.

FACTS

5.   Within the year prior to the filing of this action, Defendants have been attempting on behalf of a third party to collect an alleged debt from Plaintiff.

6.   On or about March 4, 2008, Defendant sent a collection letter to Plaintiff.   A true and correct copy of that letter is attached hereto as Exhibit "A".

7.   Defendant has improperly contacted Plaintiff directly, both orally and in writing, in an attempt to collect the debt after it was on notice that Plaintiff was represented by counsel.

8.  Defendant was aware that Plaintiff was represented by counsel as early as February of 2007.

9.  Defendant has improperly contacted Plaintiff at his place of employment even after Plaintiff told Defendant his employer prohibited him from receiving these calls at work.

10.  Defendant has demanded amounts from Plaintiff on this account that were far in excess of the amounts actually owed on this account.

11.  Defendant has demanded amounts from Plaintiff after this matter was settled in full.

12.  The underlying debt was incurred primarily for personal, family, or household purposes.

COUNT I

13.  Plaintiff realleges and incorporates paragraphs 1 through 12 of this Complaint.

14.  Defendant has violated the Fair Debt Collection Practices Act in the following ways:

(a)  Defendant has used false, deceptive and misleading misrepresentations in connection with the collection of the above claim in violation of 15 U.S.C. §1692e.

(b)  Defendant has used unfair means to collect and to attempt to collect the above claim in violation of 15 U.S.C. §1692f.

(c)   Defendant has not sent to Plaintiff the proper notices and/or verifications required by the Act in violation of 15 U.S.C. §1692g.

(d) Defendant has violated 15 U.S.C. §1692c.

## COUNT II

15.   Plaintiff realleges and incorporates paragraphs 1 through 14 of this Complaint.

16.   Defendant has violated Chapter 443B and 480 of the Hawaii Revised Statutes as alleged above.

17.   Defendant's violations of the Fair Debt Collection Practices Act and/or H.R.S. Chapter 443B constitute unfair and deceptive acts or practices in violation of H.R.S. Chapter 480.

18.   Defendants' contacts, demands and disclosures in connection with the above-described collection were immoral, unethical, oppressive, unscrupulous, and substantially injurious to Plaintiff as a consumer, and were unfair and deceptive, in violation of H.R.S. Chapter 480.   The acts and representations of Defendant described herein had the capacity of deceive Plaintiff.

19.   Plaintiff has suffered injury to his property in an amount to be proved at trial, by reason of Defendant's violations.

WHEREFORE, Plaintiff prays that the Court:


AS TO COUNT I

1.   Award Plaintiff his actual damages as will be proved.

2.   Award Plaintiff statutory damages of $1000.00.

AS TO COUNT II

3.   Award Plaintiff damages in the amount of three times the injury to his property, but not less than $1000.00.

AS TO ALL COUNTS

4.   Award Plaintiff reasonable attorneys' fees and costs.

5.   Award Plaintiff other appropriate relief.

DATED:  Honolulu, Hawaii, _March 25, 2008_____.


_____
JOHN HARRIS PAER
Attorney for Plaintiff